UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Altagracia Ozuna                                   Case No. 13-25251-RAM

Debtor.                                            Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, Altagracia Ozuna by and through her undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On June 27, 2013 the instant case was filed.

2. On December 18, 2013 debtor's chapter 13 plan was confirmed.

3. Debtor's confirmed plan provides for 100% payment to all allowed unsecured claims.

4. The debtor desires to Modify her plan in order to provide for 100% payment to all allowed unsecured claims.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 18th day of July 2014:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Streer
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161