## CHAPTER 13 PLAN (Individual Adjustment of Debts)

FIRST MODIFIED PLAN

DEBTOR: Altagracia E. Ozuna          JOINT DEBTOR:                    CASE NO.: 13-25251-RAM

Last Four Digits of SS# __5276__          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.  $ __521.41__ for months __1__ to __12__ ;
- B.  $ __607.73__ for months __13__ to __60__ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __3,650.00__ TOTAL PAID $1,500.00
Balance Due   $ __2,150.00__ payable $ __179.17__ /month (Months __1__ to __12__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __NONE__                                Arrearage on Petition Date    $
Address:                                   Arrears Payment               $_____/month
                                           (Months _____ to _____)
                                           Regular Payment               $_____/month
                                           (Months _____ to _____)
Account No:

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| NONE | $ | % | $ | _____ To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service     Total Due $ __1,039.66__
                                Payable   $ __0.00__ /month (Months __1__ to __12__ ) ;
                                Payable   $ __21.66__ /month (Months __13__ to __60__ ) .

LF-31 (rev. 01/08/10)

<u>Unsecured Creditors</u>:  Pay $ 58.16 /month  (Months  1   to    12);  Pay $ 525.30 /month  (Months  13   to  60 ). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor surrenders and abandons all interest in the property located at: 8233 Harding Avenue, #302, Miami Beach, FL 33141 financed by Wells Fargo Home Mortgage and whose homeowners association is Harding Hall Condominium, Inc.  The debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

<u>/s/Robert Sanchez, Esq.   </u>
Debtor                                                                                  Joint Debtor
Date:<u>  7/18/2014            </u>                                           Date:<u>                                          </u>

LF-31 (rev. 01/08/10)