

**ORDERED in the Southern District of Florida on January 24, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                     Case No.    13-25251-BKC-RAM
                                           Chapter     13

Altagracia E. Ozuna

_____ /

**ORDER GRANTING DEBTOR'S
MOTION FOR AN ORDER GRANTING THE
ISSUANCE OF THE DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C §1328 (b)**

This case came before the Court this 24th day of January, 2017, on the Debtor's motion (the "Motion") [ECF No. 62] for an order granting the issuance of the Debtor's discharge pursuant to 11 U.S.C. §1328(b). Based on the record, it is

**ORDERED AND ADJUGED**

1. The Motion is granted.

2. The Clerk is directed to issue the Debtor's discharge pursuant to 11 U.S.C. §1328(b).

# # #

Submitted by:

Jordan E. Bublick
Attorney for Debtor(s)
1801 N.E. 123rd St., Suite 314
P.O. Box 545941
North Miami, FL  33154-5941
Telephone: (305) 891-4055
Email: jbublick@bublicklaw.com

(Atty. Bublick is directed to serve a copy of this order on all interested parties upon receipt of this order. Parties listed on the NEF will be served electronically.)